**Walter J. BAILEY, Jr., Plaintiff–Appellant,**

v.

**William J. HENDERSON, Defendant–Appellee.**

No. 01–1756.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 31, 2001.

Decided Nov. 13, 2001.

Walter J. Bailey, Jr., pro se. David George Karro, United States Postal Service, Washington, DC, for appellee.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

PER CURIAM.

Walter J. Bailey, Jr., appeals the district court's order granting Defendant's motion for summary judgment in this employment discrimination action. We have reviewed the record and the district court's opinion accepting the recommendation of the mag-

istrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Bailey v. Henderson,* No. CA–00–1996–6–20 (D.S.C. May 9 & 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*